

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

No. 04-19-00355-CR

**EX PARTE** Barry **MOORE**

Original Mandamus Proceeding[1]

**ORDER**

On May 28, 2019, relator filed a petition for writ of mandamus. Because relator has obtained the relief requested, we DISMISS his petition for writ of mandamus AS MOOT.

It is so **ORDERED** on June 12, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 19-0876-CV-A, styled *The State of Texas v. Barry Moore*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.